This memorandum opinion was not selected for publication in the New Mexico Reports. Please see Rule 12-405 NMRA for restrictions on the citation of unpublished memorandum opinions. Please also note that this electronic memorandum opinion may contain computer-generated errors or other deviations from the official paper version filed by the Court of Appeals and does not include the filing date.

## IN THE COURT OF APPEALS OF THE STATE OF NEW MEXICO

**IN THE MATTER OF THE ESTATE**
**OF RISDON F. MITCHELL,**

**ISAAC MITCHELL,**

  Plaintiff-Appellant,

v.              **NO. 29,700**

**JOBY WALLACE, LAWRENCE MITCHELL,**
**CO-REPRESENTATIVES OF THE ESTATE OF**
**RISDON F. MITCHELL AND THE ANNIE PEARL**
**MITCHELL AND RISDON F. MITCHELL TRUST,**

  Defendants-Appellees.

**APPEAL FROM THE DISTRICT COURT OF BERNALILLO COUNTY**
**Alan M. Malott , District Judge**

Isaac Mitchell
Albuquerque, NM

Pro Se Appellant

Hurley, Toevs, Styles, Hamblin & Panter, P.A.
Albuquerque, NM

for Appellees

## MEMORANDUM OPINION

**WECHSLER, Judge.**

Summary affirmance in part and dismissal in part was proposed for the reasons stated in the notice of proposed disposition. No memorandum opposing summary affirmance in part and dismissal in part has been filed, and the time for doing so has expired.

Affirmed in part and dismissed in part.

**IT IS SO ORDERED.**

_____
**JAMES J. WECHSLER, Judge**

**WE CONCUR:**

_____
**MICHAEL D. BUSTAMANTE, Judge**

_____
**TIMOTHY L. GARCIA, Judge**